AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANDREY VALERIYEVICH CHUMACHENKO a/k/a<br>ANDREW CHUMACHENKO<br><br>*Defendant(s)* | )<br>)<br>) Case No. 13-8267-WM<br>)<br>)<br>) |

FILED by _____ D.C.
MAY 2 3 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 18, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, USC, Section 1253(b) | Willfull failure to comply with terms of release under supervision. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Dep. Off., ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: May 23, 2013

_____
Judge's signature

City and state: West Palm Beach, Florida

William Matthewman, US Magistrate Judge
Printed name and title

## UNITED STATES v. ANDREY VALERIYEVICH CHUMACHENKO
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Andrey Valeriyevich CHUMACHENKO, also known as Andrew CHUMACHENKO committed the offense of willful failure to comply with terms of release under supervision, in violation of Title 8, United States Code, Section 1253(b).

3. On or about March 18, 2013, Andrey Valeriyevich CHUMACHENKO was arrested in Palm Beach County, Florida on charges of felony retail theft, resisting officer without violence and possession of an anti-shoplifting counter measure. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual who was previously ordered removed from the United States, that is Andrey Valeriyevich CHUMACHENKO.

1

4. On or about March 26, 2013, your affiant received the alien file bearing control number A071 064 108 corresponding to Andrey Valeriyevich CHUMACHENKO. Original records within this alien file assigned to Andrey Valeriyevich CHUMACHENKO show that he was a citizen of the former Soviet Union, born in Ukraine.

5. Records further show that or about December 16, 2002, in the United States District Court, Eastern District of Wisconsin, Andrey Valeriyevich CHUMACHENKO was convicted of conspiracy to possess stolen property, in case number 02-CR-67.

6 On or about December 16, 2004, Andrey Valeriyevich CHUMACHENKO was ordered removed from the United States to Ukraine, following his 2002 conviction for a crime classified as an aggravated felony.

7. On or about December 17, 2004, Immigration and Custom Enforcement (ICE) requested travel documents for Andrey Valeriyevich CHUMACHENKO from the Ukrainian consulate, to effect Andrey Valeriyevich CHUMACHENKO' removal from the United States.The Consulate General of Ukraine in New York declined to issue travel document for Andrey Valeriyevich CHUMACHENKO and ICE was unable to execute removal order.

8. On March 23, 2005, Andrey Valeriyevich CHUMACHENKO was released from Immigration and Customs Enforcement custody under supervision, in accordance with Title 8, United States Code, Section 1231(a)(3) which regulates placement of aliens that have been ordered removed, but have not

been removed including supervision under regulations prescribed by the Attorney General.

9. On or about August 27, 2011, Andrey Valeriyevich CHUMACHENKO was located by ICE in the Miami-Dade pre-trial detention center after being arrested for possession of controlled substance. Subsequent to this arrest, ICE revoked Andrey Valeriyevich CHUMACHENKO's supervision.

10. On or about September 20, 2011, Andrey Valeriyevich CHUMACHENKO was again released from ICE custody under supervision. Prior to being released, Andrey Valeriyevich CHUMACHENKO was served with an Order of Supervision, immigration form I-220B. This Order of Supervision included a provision requiring Andrey Valeriyevich CHUMACHENKO to not commit any crimes or be associated with any criminal activity while on supervision.

11. On or about June 4, 2012, in Palm Beach County, State of Florida Andrey Valeriyevich CHUMACHENKO violated the terms of his supervision by committing the felony offense of grand theft. On or about January 16, 2013, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, State of Florida, Andrey Valeriyevich CHUMACHENKO pleaded guilty to that charge and was adjudicated guilty in case number 12CF006290.

12. Border Patrol Fingerprint Expert John Solek conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about March 18, 2013, that is, Andrey Valeriyevich CHUMACHENKO was the same person convicted of grand theft in case number

12CF006290 and the same person released from ICE custody on or about September 20, 2011 under supervision.

13. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about June 4, 2012, Andrey Valeriyevich CHUMACHENKO, also known as Andrew CHUMACHENKO committed offense of willful failure to comply with terms of release under supervision, in violation of Title 8, United States Code, Section 1253(b).

*[signature]*

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 23rd day of May, 2013.

*[signature]*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   13-8267-WM

UNITED STATES OF AMERICA

vs.

ANDREY VALERIYEVICH CHUMACHENKO
a/k/a ANDREW CHUMACHENKO
         **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   __X__ No

         Respectfully submitted,

         WIFREDO A. FERRER
         UNITED STATES ATTORNEY

BY:  *[signature]*
         ROBERT H. WATERS, JR.
         ASSISTANT UNITED STATES ATTORNEY
         Florida Bar No./Court No. 365483
         500 S. Australian Ave, Ste. 400
         West Palm Beach, Florida   33401
         TEL (561) 820-8711
         FAX (561) 820-8777